IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| R&Q REINSURANCE COMPANY, | : | No. 15-5528 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **2nd** day of **June**, **2016**, upon consideration of Defendant's Motion to Dismiss, Plaintiff's response thereto, Defendant's reply thereon, and numerous letters filed by counsel, and for the reasons provided in this Court's memorandum dated June 2, 2016, it is hereby **ORDERED** that:

1. The motion (Document No. 15) is **GRANTED**.

2. The case is **DISMISSED without prejudice**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**